# Notice Recipients

District/Off: 0971−5  User: admin  Date Created: 11/27/2024
Case: 24−51778  Form ID: 309C  Total: 74

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Step Up on Second Street, Inc.
intp        PMF CA REIT, L.L.C.
                                                                                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Shangri−La Construction, L.P.        601 S Figueroa St Ste 1950        Los Angeles, CA 90017
ust         Office of the U.S. Trustee / SJ        U.S. Federal Bldg.        280 S 1st St. #268        San Jose, CA 95113−3004
cr          BMO Bank N.A.        c/o Hemar, Rousso & Heald, LLP        15910 Ventura Blvd., 12th Floor        Encino, CA 91436
tr          Doris A. Kaelin        P.O. Box 1582        Santa Cruz, CA 95061
aty         Adam Korn        Allen Matkins Leck Gamble Mallory & Natsis LLP        1901 Avenue of The Stars        Ste 1800        90067        Los Angeles, CA 90067
aty         Alan D. Hearty        Allen Matkins Leck Gamble Mallory &        Natsis LLP        1901 Avenue of the Stars, #1800        Los Angeles, CA 90067−6019
aty         David Brett Zolkin        Weintraub Zolkin Talerico & Selth LLP        11766 Wilshire Blvd        Ste 730        Los Angeles, CA 90025
aty         Jennifer Rae Tullius        Tullius Law Group        515 S. Flower St., 18th Fl        Los Angeles, CA 90071
aty         Matthew G. Bouslog        Allen Matkins Leck Gamble Mallory & Natsis LLP        2010 Main Street        Ste 8th Floor        Irvine, CA 92614−7214
aty         Wayne R. Terry        Hemar, Rousso and Heald        15910 Ventura Blvd. 12th Flo.        Encino, CA 91436
smg         State Board of Equalization        Attn: Special Procedures Section, MIC:55        P.O. Box 942879        Sacramento, CA 94279
smg         CA Employment Development Dept.        Bankruptcy Group MIC 92E        P.O. Box 826880        Sacramento, CA 94280−0001
smg         CA Franchise Tax Board        Attn: Special Procedures        P.O. Box 2952        Sacramento, CA 95812−2952
smg         IRS        P.O. Box 7346        Philadelphia, PA 19101−7346
15697428    9301 Cherokee Lane, LLC        1401 21st St., Suite R        Sacramento, CA 95811
15697429    Abdulaziz, Grossbart & Rudman        6454 Coldwater Canyon Ave.        Valley Glen, CA 91606
15697430    Allen Matkins Leck Gamble Mallory        2010 Main St., 8th Fl.        Irvine, CA 92614
15697431    Antonio Haro        c/o Babak Termechi        15760 Ventura Blvd., Suite 2000        Encino, CA 91436−3050
15697432    Applied Earth Sciences        4742 San Fernando Rd.        Glendale, CA 91204
15697433    B&A Fire Protection, Inc.        7758 Gloria Ave.        Van Nuys, CA 91406
15697436    BFS Landscape Architects        425 Pacific St., #201        Monterey, CA 93940 BN
15697439    BMO Bank N.A.        320 S. Canal St.        Chicago, IL 60606
15697434    Bardovi Architects        4766 Park Granada        Calabasas, CA 91302
15697435    Beverly−Grant Inc.        70 Peachtree Rd., Suite 210        Asheville, NC 28803
15697437    Blood Sweat & Tears Construction Inc.        280 S. Beverly Dr., Suite 400        Beverly Hills, CA 90212
15697438    Blue Planet Drains & Plumbing        2252 Main St., #12        Chula Vista, CA 91911
15697440    Brager Tax Law Group        12121 Wilshire Blvd., Suite 600        Los Angeles, CA 90025
15697441    Carpet USA Ltd.        9310 S. LaCienega Blvd.        Inglewood, CA 90301
15697442    Charter Communications        P.O. Box 223085        Pittsburgh, PA 15251
15697443    City Attorney        City Of Thousand Oaks        2100 Thousand Oaks Blvd.        Thousand Oaks, CA 91362
15697445    City Security Company        430 S. Garfield Ave., Suite 400/406        Alhambra, CA 91801
15697444    City of Redlands        c/o Best Best & Krieger LLP        3390 University Ave., 5th Fl.        P.O. Box 1028        Riverside, CA 92502
15697448    DH&W Architects        1001 Carter St., Suite C        Chattanooga, TN 37402
15697446    David E. Drexler        150 Court Ave.        Memphis, TN 38103
15697447    Department of Housing and Community Development        1800 3rd St., Suite 390−3        P.O. Box 952054        Sacramento, CA 94252−2054
15697449    Eng Flanders Group, Inc.        4500 Park Granada., #202        Calabasas, CA 91302
15697450    Enterprise Management Advisors, LLC        515 S. Flower St., 18th Fl.        Los Angeles, CA 90071
15697451    Ervin Cohen & Jessup LLP        9401 Wilshire Blvd., 12th Fl.        Beverly Hills, CA 90212
15697452    Fairview Loan 123 LLC        c/o Shane J. Moses        Foley and Lardner LLP        San Francisco, CA 94104
15697453    Franchise Tax Board        Bankruptcy Section MS A340        P.O. Box 2952        Sacramento CA 95812−2952
15697454    Ground Penetrating Radar Systems LLC        1901 Indian Wood Circle        Maumee, OH 43537
15697455    Hemar, Rousso & Heald, LLP        15910 Ventura Blvd., 12th Floor        Encino, CA 91436
15697456    Internal Revenue Service        P.O. Box 7346        Philadelphia, PA 19101−7346
15697457    Irvine & Associates        600 S Figueroa St., Suite 1780        Los Angeles, CA 90017
15697458    Jack C. Nick        Department of Justice        300 S. Spring St., Suite 1702        Los Angeles, CA 90013−1256
15697459    Jason Spath        550 Bonito Ave.        Imperial Beach, CA 91932
15697460    Jonathan Shenson Greenberg Glusker LLP        2049 Century Park East , Suite 2600        Los Angeles, CA 90067
15697461    Joshua Kluewer        835 Wilshire Blvd., 5th Fl.        Los Angeles, CA 90017
15697462    Just Work, Inc.        2711 N. Sepulveda Blvd., #1006        Manhattan Beach, CA 90266
15697463    Los Angeles County Tax Collector        225 N Hill St. #1        Los Angeles, CA 90012

| | | | |
|---|---|---|---|
| 15697464 | Martin Brothers Consulting Services | 1800 E Garry Ave., Suite 214 | Santa Ana, CA 92705 |
| 15697465 | Matthew King | P.O. Box 60036 | Irvine, CA 92602 |
| 15697466 | Medalist Partners Asset−Based Private Credit Fund | c/o Foley & Lardner LLP | 555 S. Flower St., Suite 3300, Los Angeles, CA 90071 |
| 15697467 | Omega Environmental Services, Inc. | 4570 Campus Dr., Suite 30 | Newport Beach, CA 92660 |
| 15697468 | Orchid Cleaning, LLC | 6264 Ferguson Dr. | Commerce, CA 90022 |
| 15697470 | PPRF REIT, LLC | c/o Shane J. Moses, Foley & Lardner, LLP | 555 California St., Suite 1700, San Francisco, CA 94104 |
| 15697469 | Partner Engineering & Science, Inc. | 154 Torrance Blvd., #200 | Torrance, CA 90501 |
| 15697471 | Quarles & Brady LLP | One Renaissance Square, Two N. Central Ave. | Phoenix, AZ 85004−2391 |
| 15697474 | RSB Environmental | 6001 Savoy Dr. #110 | Houston, TX 77036 |
| 15697472 | Republic Services | P.O. Box 78829 | Phoenix, AZ 85062 |
| 15697473 | Richard T. Miller | 7120 Hayvenhurst Ave., Suite 108 | Van Nuys, CA 91406−3813 |
| 15697475 | Sacramento Advocates | 1215 K Street, Suite 2030 | Sacramento, CA 95114 |
| 15697476 | San Bernardino County Counsel | 385 N. Arrowhead Ave., Fourth Fl. | San Bernardino, California 92415−0140 |
| 15697477 | San Diego Gas & Electric | P.O. Box 25111 | Santa Ana, CA 92799 |
| 15697478 | Scott Thomas Green | 1777 E. Los Angeles Ave., Suite 100 | Simi Valley, CA 93065 |
| 15697479 | Shangri−La Development, LLC | 2510 Monterey Street, P.O. Box 4359 | Torrance, CA 90510 |
| 15697480 | Sheppard, Mullin, Richter & Hampton LLP | 333 S. Hope St., 43rd Fl. | Los Angeles, CA 90071−1422 |
| 15697481 | Smartsheet | 500 108th Ave NE, #200 | Bellevue, WA 98004 |
| 15697482 | Step Up GP, LLC | 1328 2nd St. | Santa Monica, CA 90401 |
| 15697483 | Step Up On Second Street, Inc. | 1460 4th St., Suite 200 | Santa Monica, CA 90401 |
| 15697484 | Ultrasystems Environmental | 16431 Scientific Way | Irvine, CA 90810 |
| 15697485 | Yardi Systems, Inc. | 430 S Fairview Ave | Santa Barbara, CA 93117 |

TOTAL: 72